United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AXL Musical Instruments Co., Ltd., | NO. C 08-03947 JW |
| Plaintiff, <br> v. <br> VHT Amplification, Inc., <br> Defendants. | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

On October 28, 2008, the parties informed the Court that they are currently in discussions regarding a possible resolution of the above entitled case. Thus, the parties requested a brief continuance of the hearing on Plaintiff's Motion for Preliminary Injunction. In light of the parties' representation, the Court continues the hearing currently set for October 30, 2008 to **November 20, 2008 at 10 a.m.**

Dated: October 29, 2008

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clark S. Stone cstone@macpherson-kwok.com
Edward Chungfan Kwok ekwok@macpherson-kwok.com
Nicholas A. Carlin nac@phillaw.com
Clark S. Stone cstone@macpherson-kwok.com
Edward Chungfan Kwok ekwok@macpherson-kwok.com
Nicholas A. Carlin nac@phillaw.com

**Dated:  October 29, 2008**                                       **Richard W. Wieking, Clerk**

                                                                          **By:     /s/ JW Chambers
                                                                                   Elizabeth Garcia
                                                                                   Courtroom Deputy**