1  EDWARD C. KWOK (SBN 144302)
   CLARK S. STONE (SBN 202123)
2  **MacPHERSON KWOK CHEN & HEID LLP**
   2033 Gateway Place, Suite 400
3  San Jose, California 95110
   Phone: (408) 392-9250
4  Facsimile: (408) 392-9262
   email:
5  ekwok@macpherson-kwok.com
   cstone@macpherson-kwok.com
6
7  Attorneys for Plaintiff and Counterclaim-Defendant,
   AXL MUSICAL INSTRUMENTS CO., LTD.
8
9  NICHOLAS A. CARLIN (SBN 112532)
   MEAGAN MCKINLEY-BALL (SBN 245375)
10 **PHILLIPS ERLEWINE & GIVEN LLP**
   50 California Street, 30th Floor
11 San Francisco, California 95111
   Phone: (415) 398-0900
12 Facsimile: (415) 398-0911
   email:
13 nac@phillaw.com
   mmb@phillaw.com
14 Attorneys for Defendant and Counterclaimant,
   VHT AMPLIFICATION, INC.
15

*GRANTED — Judge James Ware — 1/16/2009*

16                UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                      SAN JOSE DIVISION

19

20 AXL MUSICAL INSTRUMENTS CO., LTD., a   | CASE NO. C08-03947 JW
   California Corporation,
21                                         | **JOINT STIPULATION OF
                  Plaintiff,               | DISMISSAL WITH PREJUDICE
22                                         | PURSUANT TO FED. R. CIV. P.
         v.                                | 41**
23                                         |
                                           | [~~PROPOSED~~] ORDER
24 VHT AMPLIFICATION, INC., a California
   Corporation,
25
                  Defendant.
26
   AND RELATED COUNTERCLAIMS
27

28

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE-- Case No. C08-03947 JW**                    1

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant AXL MUSICAL INSTRUMENTS CO., LTD. and Defendant and Counterclaimant VHT AMPLIFICATION, INC., through their designated counsel, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Each party to bear its own costs and attorneys' fees.

DATED: January 16, 2009          MacPHERSON KWOK CHEN & HEID LLP

By /s/ Clark S. Stone
CLARK S. STONE
Attorneys for Plaintiff and Counterdefendant
AXL MUSICAL INSTRUMENTS CO., LTD.

DATED: January 16, 2009          PHILLIPS ERLEWINE & GIVEN LLP

By /s/ Nicholas A. Carlin
NICHOLAS A. CARLIN
Attorneys for Defendant and Counterclaimant
VHT AMPLIFICATION, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Clark S. Stone hereby attests that concurrence in the filing of this Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. p. 41 has been obtained from Nicholas A. Carlin*

IT IS SO ORDERED.

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

DATED: Jan 16, 2009

HONORABLE JAMES WARE
United States District Judge

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE-- Case No. C08-03947 JW**          2